Robert L. Powley
James M. Gibson
Margarita Wallach
David J. Lorenz
Jason H. Kasner
Joseph J. Bozzuti
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X
                                                   :
Hart Systems, Inc.,                                :     ECF Case
                                                   :
                                                   :     Civil Action No.:
                    Plaintiff,                     :     10-CV-0753 (BMC)
                                                   :
-against-                                          :
                                                   :
Forever 21, Inc.,                                  :
                                                   :
                    Defendant.                     :
---------------------------------------------------X

## NOTICE OF APPEARANCE

THE UNDERSIGNED HEREBY APPEARS as lead counsel on behalf of Defendant Forever 21, Inc. in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

Respectfully submitted,

Dated: April 5, 2010         By: _____
                                 Robert L. Powley

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Phone: 212-226-5054
Fax: 212-226-5085

Attorneys for Defendant
Forever 21, Inc.