Robert L. Powley
James M. Gibson
Margarita Wallach
David J. Lorenz
Jason H. Kasner
Joseph J. Bozzuti
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X
Hart Systems, Inc.,                        :     ECF Case
                                           :
                                           :     Civil Action No.:
              Plaintiff,                   :     10-CV-0753 (BMC)
                                           :
-against-                                  :
                                           :
Forever 21, Inc.,                          :
                                           :
              Defendant.                   :
------------------------------------------------------X

**<u>NOTICE OF APPEARANCE</u>**

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendant Forever 21, Inc. in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

Respectfully submitted,

Dated: April 5, 2010            By: _____
　　　　　　　　　　　　　　　　　　David J. Lorenz

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Phone: 212-226-5054
Fax: 212-226-5085

Attorneys for Defendant
Forever 21, Inc.