Robert L. Powley
James M. Gibson
Margarita Wallach
David J. Lorenz
Jason H. Kasner
Joseph J. Bozzuti
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X
Hart Systems, Inc.,

        Plaintiff,

-against-

Forever 21, Inc.,

        Defendant.
-------------------------------------------------------X

ECF Case

Civil Action No.:
10-CV-0753 (BMC)

## **NOTICE OF APPEARANCE**

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendant Forever 21, Inc. in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

Respectfully submitted,

Dated: April 5, 2010          By: _____
                                  Joseph J. Bozzuti

                              Powley & Gibson, P.C.
                              304 Hudson Street, 2nd Floor
                              New York, New York 10013
                              Phone: 212-226-5054
                              Fax: 212-226-5085

                              Attorneys for Defendant
                              Forever 21, Inc.