Robert L. Powley
James M. Gibson
Margarita Wallach
David J. Lorenz
Jason H. Kasner
Joseph J. Bozzuti
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
Hart Systems, Inc.,                         :
                                            :     ECF Case
                                            :
                                            :     Civil Action No.:
           Plaintiff,                       :     10-CV-0753 (BMC)
                                            :
-against-                                   :
                                            :
Forever 21, Inc.,                           :
                                            :
           Defendant.                       :
------------------------------------------------------------X

## NOTICE OF APPEARANCE

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendant Forever 21, Inc. in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

|  |  |
|---|---|
| Dated: April 5, 2010 | Respectfully submitted,<br><br>By: _____<br>James M. Gibson<br><br>Powley & Gibson, P.C.<br>304 Hudson Street, 2nd Floor<br>New York, New York 10013<br>Phone: 212-226-5054<br>Fax: 212-226-5085<br><br>Attorneys for Defendant<br>Forever 21, Inc. |