Robert L. Powley
James M. Gibson
Margarita Wallach
David J. Lorenz
Jason H. Kasner
Joseph J. Bozzuti
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

----------------------------------------------------X
                                                    :
Hart Systems, Inc.,                                 :       ECF Case
                                                    :
                                                    :       Civil Action No.:
                    Plaintiff,                      :       10-CV-0753 (BMC)
                                                    :
-against-                                           :       **Rule 7.1 Statement**
                                                    :
Forever 21, Inc.,                                   :
                                                    :
                    Defendant.                      :
----------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Forever 21, Inc. certifies that it has no parent corporation and that no publicly held corporation owns more than ten percent (10%) of its stock.

Dated: April 7, 2010

Respectfully submitted,

By: _____
Robert L. Powley
James M. Gibson
Margarita Wallach
David J. Lorenz
Jason H. Kasner
Joseph J. Bozzuti

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Phone: 212-226-5054
Fax: 212-226-5085

Attorneys for Defendant
Forever 21, Inc.

2